UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| **Anthony A. Gaetano,** | ) | 4:11-cv-03430-TLW |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Portfolio Recovery Associates, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Anthony A. Gaetano ("Plaintiff") and Defendant Portfolio Recovery Associates, LLC ("Defendant") pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate that all claims herein against Defendant are dismissed with prejudice, with each party to bear its own costs.

November 16, 2012                               Respectfully submitted,

/s/ Penny Hays Cauley
Penny Hays Cauley, Fed. ID No. 10323
Hays Cauley, P.C.
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
Attorney for Plaintiff

s/ Chad V. Echols
Chad V. Echols, Fed ID No. 9810
The Echols Firm, LLC

        P.O. Box 12645
        Rock Hill, SC 29731
        (803) 329-8970
        chad.echols@theecholsfirm.com
        Attorney for Defendant